**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:  *Russell Reed Johnson v. State*

Appellate case number:  01-12-00926-CR

Trial court case number:  10CR1522

Trial court:  405th District Court of Galveston County

Melinda K. Lackey has filed Appellant's Motion to Substitute Counsel on behalf of appellant, Russell Reed Johnson, in this matter. The motion does not meet the requirements of Texas Rule of Appellate Procedure 6.5 and is denied.[1]  However, we will treat Appellant's Motion to Substitute Counsel as a Notice of Appearance under Rule 6.2.

Further, we grant Appellant's Motion for Extension of Time to File Motion for Rehearing. Appellant's motion for rehearing, if any, is ordered to be filed no later than January 20, 2014.

It is so ORDERED.

Judge's signature:  /s/ Terry Jennings
☑ Acting individually    ☐ Acting for the Court

Date: January 9, 2014

---

[1]  Additionally, in accordance with the Code of Criminal Procedure, an attorney appointed under Article 26.04 shall "represent the defendant until charges are dismissed, the defendant is acquitted, appeals are exhausted, or the attorney is permitted or ordered by the court to withdraw as counsel for the defendant after a finding of good cause is entered in the record." TEX. CODE CRIM. PROC. ANN. art. 26.04(j)(2) (Vernon Supp. 2013).